UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RALPH SANDERS                                                                                            PLAINTIFF

v.                                                                          CIVIL ACTION NO. 3:15cv334-DPJ-FKB

KEVIN GREGORY, IN HIS OFFICIAL
AND INDIVIDUAL CAPACITY                                                                         DEFENDANT

ORDER

This civil-rights action is before the Court on the Report and Recommendation [11] of United States Magistrate Judge F. Keith Ball. On July 23, 2015, Plaintiff Ralph Sanders filed an amended complaint asserting claims against Mississippi Bureau of Narcotics Lieutenant Kevin Gregory in his official and individual capacities. Am. Compl. [8]. Then, on April 25, 2016, Judge Ball entered an Order to Show Cause [10] based on Sanders' failure to effect service of process. Sanders failed to respond as directed and, as a result, Judge Ball issued the instant Report and Recommendation [11] in which he recommended dismissal under Rule 4(m) of the Federal Rules of Civil Procedure for failure to serve process within 90 days of filing the complaint. Pursuant to Rule 72(b), Sanders was given fourteen (14) days—or until June 10, 2016—to file written objections to the proposed findings. *See* Order [11]. To date, Sanders has not filed any objections or otherwise responded to any of the Court's orders.

Accordingly, the Court finds that the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause should be adopted as the opinion of this Court. Pursuant to the Court's authority under Rule 4(m), the entire action is hereby dismissed without prejudice.

A separate judgment will be entered herein in accordance with the Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 17th day of June, 2016.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE
